# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Blue Springs Dental Care, LLC et. al<br>Plaintiffs,<br><br>Owners Insurance Company,<br>Defendant. | Case No: 20-cv-00383-SRB |

___**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Before the Court is a Stipulation for Dismissal. (Doc. #60.) Upon review, the dismissal is GRANTED. It is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

October 11, 2023  
Date

Paige Wymore-Wynn  
Clerk of Court

/s/ Sara Borneman  
 (by) Deputy Clerk